UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL ANNE RANGEL,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY, Commissioner of Social Security,<br><br>Defendant. | No.  2:24-cv-2267 SCR<br><br><br><br>ORDER |

Based upon the Parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, ECF No. 13, **IT IS ORDERED** that fees and expenses in the amount of $1,973.87 as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATED: November 22, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE